IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALBERT HERNANDEZ
ADC# 65214                                                                                          PLAINTIFF

v.                              Case No. 5:11-cv-139-DPM

ALBERT KITTRELL, BERNARD,
KUPERMAN, RICHARD MOORE,
and FRANCIS LIGHTSEY                                                                      DEFENDANTS

JUDGMENT

Albert Hernandez's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 July 2011